**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

CIVIL ACTION NO. 04-D-0437 (CBS)

JAMES K. CASART

       Plaintiff

vs.

THE UNITED STATES OF AMERICA,

       Defendant
_____

UNITED STATES OF AMERICA,

       Counterclaim Plaintiff

vs.

JAMES K. CASART; SCOTT CONNORS;
TERRY A. FICKEN; TODD E. FICKEN; and
FREDERICK J. KLODT,

       Counterclaim Defendants.

**ENTRY OF JUDGMENT AND DISMISSAL AS TO COUNTERCLAIM
DEFENDANTS TODD E. FICKEN AND TERRY A. FICKEN**

Based on the stipulation of the parties, and good cause having been shown, JUDGMENT in the above-captioned case is entered in favor of the United States, and against Todd E. Ficken and Terry A. Ficken, individually, for the unpaid assessed balance of the penalty assessed pursuant to 26 U.S.C. § 6672 in the amount of $518,617.76, plus interest accruing under law after the date of assessment,

February 4, 2002, pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) until paid.

The counterclaim of the United States against Todd E. Ficken and Terry A. Ficken in the above-captioned case is dismissed with prejudice.

Each party shall bear its respective costs as to this litigation, to include attorney's fees.

Dated: July 7, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge