**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO. 04-cv-00437-WYD-CBS

JAMES K. CASART,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

_____

THE UNITED STATES OF AMERICA,

    Counterclaim Plaintiff,

vs.

JAMES K. CASART; SCOTT CONNORS;
TERRY A. FICKEN; TODD E. FICKEN; and
FREDERICK J. KLODT,

    Counterclaim Defendants.

_____

**ORDER APPROVING STIPULATION FOR DISMISSAL AND ENTRY OF
JUDGMENT AS TO COUNTERCLAIM DEFENDANT SCOTT CONNORS**
_____

The Court having read the foregoing Stipulation for Dismissal and Entry of Judgement as to Counterclaim Defendant Scott Connors and being further advised in the premises, does hereby APPROVE the Stipulation for Dismissal and Entry of Judgement as to Counterclaim Defendant Scott Connors, and ORDERS AND DECREES that such case be dismissed as to Counterclaim Defendant Scott Connors.

Dated:  August 10, 2005

                                              BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge
