# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 1:04-cv-0437-WYD-CBS

JAMES K. CASART

       Plaintiff,

  vs.

THE UNITED STATES OF AMERICA,

       Defendant

_____

UNITED STATES OF AMERICA,

       Counterclaim Plaintiff

  vs.

JAMES K. CASART; SCOTT CONNORS;
TERRY A. FICKEN; TODD E. FICKEN; and
FREDERICK J. KLODT

       Counterclaim Defendants.

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

THIS MATTER comes before the Court on the United States of America's Motion for Default Judgment [# 48], filed May 9, 2007.  After carefully reviewing the file in the above-captioned matter, I find that this motion should be granted.  Therefore, it is

ORDERED that the Motion for Default Judgment [# 48] is **GRANTED** and judgment shall be entered accordingly.  It is

2208105.1

FURTHER ORDERED that on motion of Plaintiff, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Clerk of this Court having entered default against defendant Frederick J. Klodt, it is hereby ordered and adjudged as follows:

1. Judgment is entered in favor of the United States of America that, for the tax periods ending March 31, 1999, June 30, 1999, September 30, 1999, and December 31, 1999, counterclaim defendant Frederick J. Klodt was responsible for collecting, truthfully accounting for and paying over to the United States the withheld income and FICA taxes from wages paid to employees of Bailco, Inc.

2. Judgment is entered in favor of the United States that, due to the failure of counterclaim defendant Frederick J. Klodt to collect, truthfully account for and pay over to the United States the withheld income and FICA taxes from wages paid to employees of Bailco, Inc. during the tax periods described in paragraph 1, above, a delegate of the Secretary of the Treasury properly assessed a liability arising under 26 U.S.C. § 6672 him on December 24, 2001.

3. The assessment described in paragraph 2, above, is reduced to judgment against counterclaim defendant Frederick J. Klodt in the amount of $600,853.41, the amount owing as of March 14, 2007, plus interest and statutory additions accruing thereafter pursuant to applicable law.

Dated: May 16, 2007

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel

U. S. District Judge